UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADEZHDA I. ROGOVSKAYA,              )
                                     )
               Plaintiff,          )    CASE NO. C07-926-MJB
                                     )
     v.                             )    ORDER
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
               Defendant.          )
_____)

Plaintiff's application to proceed *in forma pauperis* is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security, therefore:

(1) The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **It is Plaintiff's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

(2) The Clerk is directed to send to parties a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 26th day of July, 2007.

                                  /s/ M. Benton
                                  MONICA J. BENTON
                                  United States Magistrate Judge

ORDER - 1